*ROYALL TYLER,*  } *Assistant Judges.*
*STEPHEN JACOB,*  }

———◆———

MOSES TAFT, Appellee,

*against*

The Executors of JOHN THARP, Appellants.

### *AUDITA QUERELA.*

The writ was allowed and signed by two Judges of the County Court. Below the writ the following minute was made :

" *John Palmer* and *Jonathan Green* recognised to the defendant in the sum of 1,000 dollars, to prosecute the above writ in due form of law, before," &c.

In issuing a writ of *audita querela,* the Judge of the County Court, taking the recognisance, must make record of the same ; but it is sufficient that he minutes on the writ, " that *A. B.* &c. recognised to the defendant in the sum of —— dollars, to pro·

Taft
v.
Tharp's Ex'rs.

secute the above writ in due form of law. Before me,

" *Lemuel Bottom,*

" Judge of the County Court."

Counsel for the defendants moved for a rule upon the plaintiff to shew cause why the process should not be quashed, because the recognisance was not taken agreeably to the statute.

Rule granted.

*Vermont* Stat. vol. 1. p. 57, 58.

Section 11th of the judiciary act provides, " that in cases proper for issuing an *audita querela,* the same, if judgment was rendered in the Supreme Court of Judicature, shall be allowed and signed by a Judge of the same Court. But if the judgment was rendered in the County Court, the said writ shall be allowed and signed by two Judges of the Court last mentioned, and sufficient security shall be taken by the Judge, or one of the Judges allowing the writ, for the redelivery of the body or estate (as the case may be) to the custody of the officer having the same in possession, if the same shall be awarded, and pay all intervening damages and costs, and, in default thereof, the payment of the debt, damages and costs; or in cases when neither body or estate shall be taken in execution, the recognisance shall be conditioned for the payment of intervening damages and costs, if the complainant shall fail to prosecute to effect."

Defendant's counsel. Here the recognisance is taken " *to prosecute the above writ,*" not to redeliver

the body or estate to the custody of the officer having
the same in his possession, if the same shall be award-
ed, and to pay all intervening damages and costs, and
in default thereof to pay the debt, damages and costs,
as the statute had in this case provided.

Taft
v.
Tharp's Ex'rs.

*Sed per Curiam.* When a writ of *audita querela*
is made returnable to the County Court, it is the duty
of one of the Judges signing the same to take a recog-
nisance conformable in all respects to the statute, and
to make a record of the same, which the Court will
intend was done in the present case. The Judge
taking such recognisance must be always prepared
on request to make out and certify a copy of his re-
cord, and such copy is always proferted in the decla-
ration upon the recognisance. These are duties in
the Judge. There is another distinct duty to be per-
formed by him, provided by the 44th section of the
same act, and that is to enter upon the writ a minute
of the recognisance, with the name of the surety or
sureties, and the sum in which they are bound, which
minute is to be signed by him at the time of the sign-
ing of the writ.

*Vermont* Stat.
vol. 1. p. 71.

The Judge here appears to have complied literally
with this part of his duty.

By the expression " in due form of law," he noti-
fied the defendants, that the recognisance by him be-
fore taken and recorded was conformable to the pro-
vision of the statute.

Rule discharged.

*Daniel Chipman* and *Amos Marsh,* for plaintiff.
*W. C. Harrington,* for defendants.